**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CHARLES L. LEEPER,**
**ADC #151327**                                                                                          **PLAINTIFF**

**V.**                                                 **No. 4:14-cv-550 KGB-JTR**

**TIM HELDER, Washington County Sheriff; and**
**DR. HOWARD, Washington County Detention Center**                          **DEFENDANTS**

<u>**TRANSFER ORDER**</u>

Plaintiff Charles L. Leeper has filed a *pro se* complaint under 42 U.S.C. § 1983 alleging that defendants Tim Helder and Dr. Howard violated his constitutional rights while Mr. Leeper was in the Washington County Detention Center.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b).   The events giving rise to this action occurred in Washington County, and based upon Mr. Leeper's complaint, Mr. Helder and Dr. Howard reside in Washington County.

Washington County is located in the Fayetteville Division of the United States District Court for the Western District of Arkansas.  This Court concludes that the interest of justice will be served best by transferring this case to that court.  *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

Accordingly, the Court immediately transfers this case to the United States District Court for the Western District of Arkansas, Fayetteville Division.

SO ORDERED this 1st day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE